**01–1303.   Wiles v. Medina Auto Parts.**
Medina App. No. 3131–M.
    F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1304.   Ohio River Pipe Line LLC v. Gutheil.**
Pickaway App. No. 2000CA36. On discretionary appeal and cross-appeal and on motion to consolidate case for briefing and oral argument with 01–443, *Ohio River Pipe Line LLC v. Henley,* Fairfield App. No. 00CA16. Appeal and cross-appeal allowed and motion granted.

**01–1309.   Cincinnati Ins. Co. v. Colelli & Assoc., Inc.**
Wayne App. No. 00CA0053.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
    COOK, J., not participating.

**01–1370.   State v. Bass.**
Hardin App. No. 6–2000–12. Discretionary appeal allowed; *sua sponte,* cause consolidated with 01–1555, *State v. Bass,* Hardin App. No. 6–2000–12, and cause held for the decision in 01–1161 and 01–1247, *State v. Bush,* Union App. No. 14–2000–44.
    DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**01–1375.   State v. Northern.**
Allen App. No. 1–01–01. Discretionary appeal allowed on Proposition of Law No. I and cause consolidated with 01–1480, *State v. Northern,* Allen App. No. 1–01–01.
    COOK, J., concurs.
    MOYER, C.J., F.E. SWEENEY and LUNDBERG STRATTON, JJ., would allow all propositions of law and consolidate with 01–1480.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., would also hold this cause for the decision in 01–1161 and 01–1247, *State v. Bush,* Union App. No. 14–2000–44.
    DOUGLAS, RESNICK and PFEIFER, JJ., dissent from the allowance of the discretionary appeal.

**01–1393.   State v. Anthony.**
Auglaize App. No. 2–2001–01. Discretionary appeal allowed and cause consolidated with 01–1414, *State v. Anthony,* Auglaize App. No. 2–01–01.
    DOUGLAS and PFEIFER, JJ., dissent.